UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 17-20240-CIV-MARTINEZ-OTAZO-REYES**

WNC TRUST DATED NOVEMBER 14, 2012,
    Plaintiff,

vs.

TYLER COOPER a/k/a TYLER MARSHAL COOPER,
    Defendant.
_____/

## ORDER TO SHOW CAUSE AND ADMINISTRATIVELY CLOSING CASE

THIS CAUSE came before the Court upon a *sua sponte* review of the record. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be perfected upon defendants within 90 days after the filing of the complaint. This deadline has passed and, to date, there is no indication in the court record file that Defendant has been served with the summons and Complaint. It is therefore

ORDERED AND ADJUDGED that on or before **October 25, 2017**, Plaintiff shall show cause why this case should not be dismissed against Defendant for failure to perfect service of process. Failure to show good cause will result in the dismissal of all claims against Defendant. This case is **ADMINISTRATIVELY CLOSED** pending Plaintiff's response and the Court's resolution of this service issue.

DONE AND ORDERED in Chambers at Miami, Florida, this 17 day of October, 2017.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record